UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:13-CR-0254-B |
| | § | |
| LUIS DE LA GARZA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Luis de la Garza's Motion for Compassionate Release (Doc. 69). The Court **DIRECTS** Mr. de la Garza to supplement his motion by filing proof that the Warden has *received* his request for compassionate release, if he has such documentation. The email attached to Mr. de la Garza's motion shows that he sent a request to the Warden but does not show that it was received. The deadline for Mr. de la Garza to file this supplemental proof is **ON OR BEFORE FRIDAY, AUGUST 19, 2022.**

SO ORDERED.

SIGNED: August 5, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE